# UNITED STATES DISTRICT COURT

for

### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. Thony Issac                                         Docket No. 5:13-MJ-1011-1

**Petition for Action on Probation**

      COMES NOW Julie Wise Rosa, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Thony Issac, who, upon an earlier plea of guilty to Level 5 DWI, was sentenced by the Honorable William A. Webb, U.S. Magistrate Judge, on December 10, 2013, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

2. The defendant shall provide the probation office with access to any requested financial information.

3. The defendant shall perform 24 hours of community service during the first 30 days of Probation as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

4. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

5. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

6. The defendant shall not operate a motor vehicle on the highways of the State of North Carolina until privilege to do so is restored in accordance with law.

      Thony Issac pled guilty on December 10, 2013, at which time his term of probation supervision began.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Thony Issac
Docket No. 5:13-MJ-1011-1
Petition For Action
Page 2

On September 16, 2014, the defendant was charged in Wake County, North Carolina, with Driving While License Revoked (14CR756502). The defendant failed to report this charge to his probation officer until he was confronted on September 24, 2014. The case remains pending. Issac previously completed 24 hours of community service and his substance abuse assessment. Although he has not completed the treatment classes, he is registered to start on Saturday, September 27, 2014. In light of his initial compliance with supervision and his employment history, the probation office request that an additional 10 hours of community service be imposed. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall perform an additional 10 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Michael C. Brittain<br>Michael C. Brittain<br>Senior U.S. Probation Officer | /s/ Julie W. Rosa<br>Julie W. Rosa<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: (919) 861-8660<br>Executed On: September 24, 2014 |

**ORDER OF COURT**

Considered and ordered this  24th  day of  September , 2014, and ordered filed and made a part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge